UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

United States District Court
Southern District of Texas
**ENTERED**
July 26, 2024
Nathan Ochsner, Clerk

| | |
|---|---|
| UNITED STATES OF AMERICA § § | |
| *versus* § § | Criminal No. 4:24−cr−00371 |
| Mary Brown, Shelibra Jones, Kimberly Perkins, Magnolia Underwood, Jarvis Sherman, Kamishilia Mathis, Christal Lopez, Deleon Borders, Jeanine Victor, Jamie Cruise, Tierra Celestine, JC Moore, Dralanjala Johnson, Destynee Washington, Kiara Tolliver, Patrick Brown, Michael Ford, Jr, Cornelius Brown, Jr, Antoinette Green, Darris Lee, Meghan Tillis, Aaliyah Thomas, Chelsea Battle, James Bateson, Katherine O'Brien, Sheba Muharib § | |

## SCHEDULING ORDER

1. September 3, 2024 — All motions will be filed no later than this date. **All motions except motions to suppress evidence and motions to dismiss will contain an averment that the movant has conferred with the respondent and that counsel cannot agree about the disposition of the motion.**

2. September 17, 2024 — Responses to motions will be filed no later than this date.

3. September 23, 2024
   08:45 AM
   Pretrial Conference before Judge Lee H. Rosenthal, United States Courthouse, 515 Rusk Avenue, 11th Floor, Courtroom 11B, Houston, Texas.

4. September 30, 2024
   09:00 AM
   This case is set for jury selection and trial on this date and time. Not later than one business days before this date each counsel will file and deliver to the Court's chambers, a proposed charge to the jury, an exhibit list, copies of all documents and photographs to be offered as exhibits, and a witness list.

5. _____ Estimated time of trial.

6 Parties are required to disclose expert witness information 45 days prior to the final pretrial conference.

Direct questions regarding this schedule to Lisa Eddins, Case Manager, U.S. District Clerk's Office, P.O. Box 61010, Houston, Texas 77208; (713) 250-5517.

SIGNED on July 26, 2024, at Houston, Texas.

_____
Christina A. Bryan
United States Magistrate Judge