UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS

UNITED STATES OF AMERICA

v.                                                    Case Number: 4:24–cr–00371

Mary Brown
Oscar Wattell
Thaddeus McDuell
Shelibra Jones
Anthony Perkins
Kimberly Perkins
Magnolia Underwood
Patrice Wilson
Jarvis Sherman
Euguene Walker
Donte Watson
Kamishilia Mathis
Nicholas Yoder
Theane Foster
Christal Lopez
Pamela Yoder
Deleon Borders
Kamaiga Gholar
Jeanine Victor
Javeon Fields
Curtis Holliday
Xavier Francis
Jamie Cruise
Tierra Celestine
JC Moore
Laryn Hill
Derrick Washington
Dralanjala Johnson
Destynee Washington
Desman Tolliver
Kiara Tolliver
Marquale Goston
Ronald DeGrate, Jr
Patrick Brown
Michael Ford, Jr
Cornelius Brown, Jr
Gerald Williams, Jr
Antoinette Green
Darris Lee
Wallace Thomas
Meghan Tillis
Aaliyah Thomas
Tawana Jones
Chelsea Battle

James Palladina
Amir Khan
Scott Wingrove
James Bateson
Calvin Skrivanek
Rashad Derrick
Roemello Burros
Katherine O'Brien
Sheba Muharib

# NOTICE OF SETTING

**TAKE NOTICE THAT A PROCEEDING IN THIS CASE HAS BEEN SET FOR THE PLACE, DATE AND TIME SET FORTH BELOW.**

**Before the Honorable**

Lee H Rosenthal

**PLACE:**
Courtroom 11B
United States District Court
515 Rusk Avenue
Houston, Texas 77002

**DATE:** 9/3/2024

**TIME:** 10:00 AM

**TYPE OF PROCEEDING:** Status Conference

Date:   August 14, 2024

Nathan Ochsner, Clerk