United States District Court
Southern District of Texas
**ENTERED**
September 20, 2024
Nathan Ochsner, Clerk

IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, | § |
| | § |
| | § |
| VS. | §   CRIMINAL ACTION NO. H-24-371 |
| | § |
| | §   **COMPLEX CASE** |
| | § |
| MARY BROWN, *et al.* | § |

# O R D E R

Defendant Ronald DeGrate filed a motion for continuance, (Docket Entry No. 646). Most of the defendants joined in moving for a continuance. Some defendants opposed. The court finds that the interests of justice are served by granting the continuance and that those interests outweigh the interests of the public and the defendants in a speedy trial. The motion for continuance is granted. The docket control order is amended as follows:

| | |
|---|---|
| Motions are to be filed by: | February 5, 2025 |
| Responses are to be filed by: | February 26, 2025 |
| Interim pretrial conference is set for: | **December 19, 2024 at 10:30 a.m** |
| Final pretrial conference is reset to**:** | **April 17, 2025 at 10:00 a.m.** |
| Jury selection is reset to: | **April 24-25, 2025 at 9:00 a.m.** |
| Jury trial will begin : | **April 28, 2025, at 9:00 a.m.** |

The Parties are required to disclose any expert witness information by **January 8, 2025.**

SIGNED on September 20, 2024, at Houston, Texas.

Lee H. Rosenthal
United States District Judge