# THE UNITED STATES DISTRICT COURT
# FOR THE SOUTHERN DISTRICT OF TEXAS
# HOUSTON DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA § | |
| § | CRIMINAL NO. 4:24-cr-371-53 |
| VS. § | |
| § | |
| SHEBA MUHARIB § | |

## DEFENDANT SHEBA MUHARIB'S MOTION FOR WAIVER OF APPEARANCE AT ARRAIGNMENT

Defendant, Sheba Muharib, asks to waive her appearance for arraignment on this second superseding indictment. The arraignment is scheduled for January 6, 2026. In support of this motion, Defendant will show as follows:

The Government filed a second Superseding Indictment that has not added or removed any of the charges against Ms. Muharib.

Ms. Muharib meets all the criteria for waiving her appearance at arraignment: (1) she has been charged by Superseding Indictment; (2) she and counsel have executed a written waiver affirming that she received a copy of the Superseding Indictment and now pleads not guilty; and (3) she asks that the Court accept her waiver. *See* Fed. R. Crim. P. 10(b). The signed waiver is attached as Exhibit "A" to this motion.

Ms. Muharib respectfully asks that this Court accept her attached waiver and allow her counsel to enter a not guilty plea on her behalf at the arraignment.

Respectfully submitted,

By: */s/ Leira Moreno Gracia*
    Leira Moreno Gracia
    Southern District of Texas No. 1066057
    Texas State Bar No. 24065791
    4306 Yoakum, Ste. 240

Houston, Texas 77006  
Tel: 713.868.1266

**ATTORNEY FOR DEFENDANT**

**CERTIFICATE OF SERVICE**

I certify that a true and correct copy of the foregoing motion was delivered to Assistant U.S. Attorney Michael Day via ECF on January 2, 2026.

*/s/ Leira Moreno Gracia*