**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF TEXAS**
**HOUSTON DIVISION**

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA** | § | **Criminal No. 4:24-cr-371-SS** |
| | § | |
| **v.** | § | Judge: Hon. Lee H. Rosenthal |
| | § | Case Manager: Glenda Hassan |
| **SHEBA MUHARIB (53)** | § | |
| | § | Jury Trial Date: April 13, 2026 |
| | § | |

## EXHIBIT LIST OF UNITED STATES OF AMERICA

| NO. | DESCRIPTION | OFF'D | OBJ | DATE ADMIT | DATE N/ADMIT |
|---|---|---|---|---|---|
| 1 | AABLE enrollment/licensing form | | | | |
| 2 | AABLE contract with FCS | | | | |
| 3 – 12 | *Unassigned* | | | | |
| 13 | Search Warrant #2 to Yahoo [bailbondsaable@yahoo.com] *Business Records Affidavit* | | | | |
| 14 | Search Warrant #3 to Google [maeplace.bh@gmail.com] *Business Records Affidavit* | | | | |
| 15 | *Unassigned* | | | | |
| 16 | Subpoena Return from Yahoo Regarding Email Server Locations | | | | |
| 17 | Search Warrant #4 for Mary Brown's Cell Phone | | | | |
| 18 | Executive Summary of Extraction of Mary Brown's Cell Phone | | | | |
| 19 | Amended Search Warrant #5 to BondPro | | | | |
| 20 | Summary Chart of Jail Calls | | | | |
| 21 | Device Summary of Extraction of Mary Brown's Cell Phone | | | | |
| 22 | Search Warrant #6 for AABLE Bail Bonds Premises | | | | |

1

| NO. | DESCRIPTION | OFF'D | OBJ | DATE ADMIT | DATE N/ADMIT |
|---|---|---|---|---|---|
| 23 – 40 | *Unassigned* | | | | |
| 41A | **6/22/2021:** Portion of Jail Call with Oscar Wattell and Sheba Muharib | | | | |
| 41B | **6/22/2021:** Transcript of Portion of Jail Call with Oscar Wattell and Sheba Muharib | | | | |
| 42A | **7/3/2021:** Portion of Jail Call #1 with Oscar Wattell and Sheba Muharib | | | | |
| 42B | **7/3/2021:** Transcript of Portion of Jail Call #1 with Oscar Wattell and Sheba Muharib | | | | |
| 43A | **7/3/2021:** Portion of Jail Call #2 with Oscar Wattell and Sheba Muharib | | | | |
| 43B | **7/3/2021:** Transcript of Portion of Jail Call #2 with Oscar Wattell and Sheba Muharib | | | | |
| 44 – 50 | *Unassigned* | | | | |
| 51 | Oscar Wattell Surety Bail Bond Forms – Cause Nos. 1507743, 1517278, 1570629, 1507742 | | | | |
| 52 | Certified Records of TDCJ Inmate Oscar Wattell, including Judgments in 230th District Court, Harris County, TX, Cause No. 1507743, for Forgery (Felony) and Cause No. 1517278, for Robbery – Threats (Felony) | | | | |
| 53 – 56 | *Unassigned* | | | | |
| 57 | "Oscar Wattell" Folder from AABLE Premises Search Warrant [1B140_WATTELL OSCAR] | | | | |
| 57A | Bond Customer Worksheet for Oscar Wattell for Pay Period in January 2022 [Bates Label -4] | | | | |

| NO. | DESCRIPTION | OFF'D | OBJ | DATE ADMIT | DATE N/ADMIT |
|---|---|---|---|---|---|
| 57B | Bond Customer Worksheet for Oscar Wattell for Pay Period in January 2022 [Bates Label -8] | | | | |
| 57C | Bond Customer Worksheet for Oscar Wattell for Pay Period in February 2022 [Bates Label -11] | | | | |
| 57D | **4/20/2022** Email from Oscar Wattell to Fitzpatrick with "Oscar's List" | | | | |
| 57E | Bond Customer Worksheet for Oscar Wattell for Pay Period in March 2022 [Bates Label -20] | | | | |
| 57F | **1/14/2022** Fitzpatrick Outlook Printout of "Oscar Bonds" | | | | |
| 57G | **Dec-2021** Fitzpatrick Outlook Printout of "Oscar Wattell Bonds" | | | | |
| 57H | **12/17/2021** Confirmation of Bonus Payment to Oscar Wattell from AABLE Bail Bonds Operating Account | | | | |
| 57I | **12/9/2021** Confirmation of Payment to Oscar Wattell from AABLE Bail Bonds Operating Account | | | | |
| 57J | **12/7/2021** Fitzpatrick Outlook Printout of Mary Brown Text Messages with "Oscar" Handwritten at Top | | | | |
| 57K | Scan of Handwritten List Titled "Oscar Bond" | | | | |
| 57L | Oscar Wattell AABLE Starting Point Application Form | | | | |
| 58 | "Oscar Wattell Tech" Folder from AABLE Premises Search Warrant [1B155_WATTELL OSCAR] | | | | |
| 59 | Text Messages among Mary Brown, Oscar Wattell, and Sheba Muharib from Mary Brown's Cell Phone | | | | |

| NO. | DESCRIPTION | OFF'D | OBJ | DATE ADMIT | DATE N/ADMIT |
|---|---|---|---|---|---|
| 59A | Screenshot of CashApp Payment from Derrick Johnson for bond | | | | |
| 59B | Screenshot of **2/28/2022** CashApp Payment for Elijah Taylor Bail Bond | | | | |
| 59C | Social Media Review of AAble Bonds | | | | |
| 59D | List of Payments from BondPro | | | | |
| 59E | List of Payments from BondPro | | | | |
| 59F | Dayton Booker Email | | | | |
| 59G | Messages from 346-777-4032 | | | | |
| 59H | Screenshot of CashApp Refund Request for Bail bond | | | | |
| 59I | Screenshot of CashApp Refund Request Explanation | | | | |
| 59J | FCS Email | | | | |
| 59K | FCS Email | | | | |
| 60 | Texas Workforce Commission Records, AABLE Bail Bonds Employer Records, 4th Quarter 2021 – 3rd Quarter 2022 | | | | |
| 61 | Texas Workforce Commission Records, Oscar Wattell Employee Records, 4th Quarter 2021 – 3rd Quarter 2022 | | | | |
| 62 | Summary Chart of Payroll Based on Bond Ledgers from "Oscar Wattell" Folder from AABLE Premises Search Warrant [1B140_WATTELL OSCAR] | | | | |
| 63 | Aable Bail Bonds Assumed Name Filing from Harris County, Texas | | | | |
| 64 | Application for Non-Liable Bail Agent for The Bail Insurance Company | | | | |
| 65A | Video #1 of March 2022 Meeting involving Shantea Pierre, Torhonda Douglas, and Sheba Muharib | | | | |

| NO. | DESCRIPTION | OFF'D | OBJ | DATE ADMIT | DATE N/ADMIT |
|---|---|---|---|---|---|
| 65B | Video #2 of March 2022 Meeting involving Shantea Pierre, Torhonda Douglas, and Sheba Muharib | | | | |
| 66 | Floyd Douglas Surety Bail Bond Form – Cause No. 1730503 | | | | |
| 67 | Co-Signer Application of Torhonda Douglas | | | | |
| 68 | Recording of Jamie Cruise, Floyd Douglas, and Shantea Pierre | | | | |

Respectfully submitted,

JOHN G.E. MARCK
Acting United States Attorney

s/ *Michael E. Day*
Michael E. Day
Stephanie Bauman
Assistant United States Attorneys
713-567-9000

## CERTIFICATE OF SERVICE

I hereby certify that the foregoing **EXHIBIT LIST OF THE UNITED STATES** was filed with the

District Clerk's Office and copies were mailed, faxed, e-mailed, delivered via ECF notification, or hand-

delivered on the 20th day of March 2026, to counsel of record for the Defendant.

s/ *Michael E. Day*
Michael E. Day
Assistant United States Attorney

5