United States District Court
Southern District of Texas
**ENTERED**
July 22, 2026
Nathan Ochsner, Clerk

**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF TEXAS**
**HOUSTON DIVISION**

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA** | § | |
| | § | |
| **v.** | § | **Criminal No. 24-cr-371-53** |
| | § | |
| **SHEBA MUHARIB** | § | |

## ORDER

The Government's Motion to Dismiss is GRANTED.

It is ORDERED pursuant to Rule 48(a) of the Federal Rules of Criminal Procedure that all pending counts against Defendant Sheba Muharib in the above-captioned matter are DISMISSED without prejudice.

It is further ORDERED that a copy of this Order be given to the U.S. Marshals Service, counsel for the Defendant, and counsel for the Government.

Signed on ___July 22, 2026___

_____
HONORABLE LEE H. ROSENTHAL
SENIOR UNITED STATES DISTRICT JUDGE